**Order entered November 20, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-01077-CV

### TEXAS CORRAL, LLC, Appellant

### V.

### 533 BAY STREET, LLC, Appellee

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-00677-2016**

## ORDER

By postcard dated October 10, 2017, we directed court reporter LaTresta Ginyard to file the reporter's record within thirty days. To date, however, the record has not been filed. Accordingly, we **ORDER** Ms. Ginyard to file the record no later than December 4, 2017.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Jill Willis, Presiding Judge of the 429th Judicial District Court; Ms. Ginyard; and the parties.

/s/     CRAIG STODDART
        JUSTICE